FILED
CLERK, U.S. DISTRICT COURT
AUG 29 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>NIKO ALEXANDER TAKOWSKY,<br><br>　　　　Defendant. | Case No. CR 19-614-RGK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On August 25, 2022, Defendant made his initial appearance – by consent to video-teleconference - on the petition for revocation of supervised release and warrant for arrest issued on August 15, 2022. Deputy Federal Public Defender ("DFPD") Erin Murphy was appointed to represent the defendant; DFPD Kim Savo specially appeared for Ms. Murphy. The government was represented by Assistant U.S. Attorney Siobhan Namazi. At Defendant's request, a detention hearing was continued to August 30, 2022. On August 29, 2022, Defendant's

counsel informed the Court that Defendant was not seeking release at this time and the detention hearing was taken off calendar.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ the petition alleges that while on supervised release, Defendant was arrested for felon in possession of firearms and found in possession of firearms and ammunition.
>
> ☒ history of non-compliance while on Supervision

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition (see above)
>
> ☒ Defendant's criminal history

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: August 29, 2022

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE